**Kenny JACKSON, Plaintiff—Appellant,**

v.

**NEW UNITED MOTOR MANUFAC-TURING, INC.; et al., Defendants—Appellees.**

No. 07–15987.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 1, 2007 *.

Filed Oct. 10, 2007.

Kenny Jackson, San Mateo, CA, pro se.

Before: B. FLETCHER, BERZON and IKUTA, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

We have reviewed the responses to the court's August 23, 2007 order to show cause, the record, and the opening brief. The district court did not abuse its discretion in denying appellant's motion to reopen. *See School Dist. No. 1J Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir.1993). Accordingly, we summarily affirm the district court's order because the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.